# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 19-5142**

**September Term, 2020**

FILED ON: DECEMBER 30, 2020

DONALD J. TRUMP, ET AL.,
          APPELLANTS

v.

MAZARS USA, LLP AND COMMITTEE ON OVERSIGHT AND REFORM OF THE U.S. HOUSE OF
REPRESENTATIVES,
          APPELLEES

———

On Remand from the Supreme Court of the United States

———

Before: TATEL, MILLETT and RAO, *Circuit Judges*.

## J U D G M E N T

This cause came to be heard on remand from the Supreme Court vacating this court's judgment and remanding the case for further proceedings consistent with its opinion in *Trump v. Mazars USA LLP*, 140 S. Ct. 2019 (2020), and on the supplemental briefs, and argument of the parties. On consideration thereof, it is

**ORDERED and ADJUDGED** that given the Committee's reliance on Chairwoman Maloney's Memo, *see* Supplemental Addendum to the Committee's Supplemental Brief, and its stated intention to reissue the subpoena at the beginning of the new Congress, *see* Committee's 28(j) Letter, Dec. 21, 2020, the judgment of the district court be vacated and the case be remanded to the District Court for further proceedings, consistent with the Supreme Court's opinion. We express no view as to whether this case will become moot when the subpoena expires or as to the merits of the parties' arguments.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk